/IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JAMES LEVERETE GREER, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 3:14-cv-1777 |
| SOCIAL SECURITY ADMINISTRATION, | ) ) | Chief Judge Haynes |
| Defendant. | ) | |

## ORDER

Plaintiff, James Leverete Greer, filed a motion to proceed *in forma pauperis* (Docket Entry No. 2). From his application, Plaintiff lacks sufficient funds to pay the full filing fee in advance and Plaintiff's application to proceed *in forma pauperis* (Docket Entry No. 2) is hereby **GRANTED**.

Pursuant to 28 U.S.C. §§ 636(b)(1)(A) and (B), this action is **REFERRED** to Magistrate Judge Joe Brown for the management of the case, for decisions on all pre-trial, non-dispositive motions, to issue a Report and Recommendation on all dispositive motions, and to conduct further proceedings, if necessary, pursuant to Rule 72(b), Fed. R. Civ. P., and the Local Rules of Court.

It is so **ORDERED**.

ENTERED this the 2nd day of September, 2014.

WILLIAM J. HAYNES, JR
Chief Judge
United States District Court