IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JAMES L. GREER, | ) |
| | ) |
| Plaintiff, | ) Case No. 3:14-cv-1777 |
| | ) Senior Judge Haynes |
| v. | ) |
| | ) |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

# ORDER

In accordance with the Memorandum filed herewith, the Plaintiff's motion for judgment on the record (Docket Entry No. 15) is **GRANTED in part** and **DENIED in part** and the Commissioner's decision is **AFFIRMED in part**. This action is **REMANDED** for the narrow purpose of consideration of a closed period of benefits beginning August 17, 2010.

It is so **ORDERED**.

ENTERED this the 20 day of April, 2015.

WILLIAM J. HAYNES, JR.
Senior United States District Judge